IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMUEL M. McINTYRE,                    *
                                       *
                    Plaintiff,         *
                                       *
vs.                                    *        No. 3:08CV00104 SWW
                                       *
WILLIAM D. THOMPSON and                *
CHEROKEE INSURANCE COMPANY,            *
                                       *
                    Defendants.        *

**Order**

Before the Court is plaintiff's motion to remand this case to the Circuit Court of

Crittenden County, Arkansas.  Separate defendant William D. Thompson has no objection to the

motion.

The motion [docket entry 6] is hereby granted.  The Court remands the case to the

Crittenden County Circuit Court.

DATED this 29th day of July 2008.


                              /s/Susan Webber Wright

                              UNITED STATES DISTRICT JUDGE